UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-2(c)**

**Jonathan Stone, Esq.**
490 Schooley's Mountain Road – Bldg. 3A
Hackettstown, NJ 07840–4002
Tel. (908) 979–9919 / Fax. (908) 979–9920
Attorney for Debtors

In Re:

Michael and Malgorzata Pucowski

Case No.:  11-29696 (CMG)

Hearing Date:  April 16, 2014

Hearing Time:  9:00AM

Judge:  Christine M. Gravelle

Chapter:  13

*Order Filed on 4/30/2014 by Clerk U.S. Bankruptcy Court District of New Jersey*

## ORDER PERMITTING JONATHAN STONE TO WITHDRAW AS COUNSEL FOR THE DEBTORS

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: 4/30/2014**

_____
Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2

Debtor:  Michael and Malgorzata Pucowski
Case No.:  11-29696 (CMG)
Caption:  **ORDER PERMITTING JONATHAN STONE TO WITHDRAW AS COUNSEL FOR THE DEBTORS**

---

    **THIS CAUSE** having been opened to the Court by Jonathan Stone, attorney for Michael and Malgorzata Pucowski, the Debtors, (hereinafter the "Debtors"), upon his motion to withdraw as counsel pursuant to D.N.J. LBR 1001–1(a), L. Civ. R. 102.1 and R.P.C. 1.16(b), (hereinafter the "Motion"); and

    **IT APPEARING** that this Court has jurisdiction over the parties and over the subject matter of this Motion; and

    **IT FURTHER APPEARING** that all parties in interest received notice of the Motion and of the time, date and place of this hearing; and

    **IT FURTHER APPEARING** that the relief requested by Jonathan Stone, Esq. in the Motion is consistent with the applicable provisions of Title 11 of the United States Code and that any objections to the relief requested in the Motion have been withdrawn or overruled, and after due deliberation thereon, Jonathan Stone, Esq. has have established good and sufficient cause to grant said relief; and

    **IT FURTHER APPEARING** that the Jonathan Stone, Esq. should be relieved as counsel for the Debtors and is fully discharged from any responsibility for representing the Debtors in present or future matters, effective upon the entry of the within Order; and

    **IT IS THEREFORE SO ORDERED**.

*Approved by Judge Christine M. Gravelle  April  30, 2014*